**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Ignacio Darwin ROMERO<br><br>*Petitioner,*<br><br>v.<br><br>Luis SOTO, *Warden*, Delaney Hall Detention Facility;<br><br>David VENTURELLA, *in his official capacity as Acting Director*, U.S. Immigration and Customs Enforcement;<br><br>Markwayne MULLIN, *in his official capacity as Secretary*. U.S. Department of Homeland Security; and<br><br>Todd BLANCHE, *in his official capacity as the Attorney General of the United States;*<br><br>*Respondents.* | Civ. No. 26-12546 (RK) |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Ignacio Darwin Romero hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice. On October 29, 2026, an immigration judge granted Mr. Romero a voluntary departure. *See* Ex. 1 (EOIR print out confirming voluntary departure was granted). So that Respondents can effectuate his voluntary departure, Mr. Romero moves to voluntarily dismiss his habeas petition, lift the restrictions previously ordered, and then close this case.

Dated: October 30, 2026

Respectfully submitted,

s/ Alison Brill

Alison Brill
Assistant Federal Public Defender
800 Cooper Street, Suite # 350
Camden, NJ 08102
(609) 489-7457
alison_brill@fd.org

Attorney for Petitioner
Ignacio Darwin ROMERO

Cc: Dylan McGowan, Assistant United States Attorney

**SO ORDERED.**



Robert Kirsch, U.S.D.J.
DATE: October 30, 2026

# EXHIBIT 1

An official website of the United States government
Here's how you know

EOIR | Automated Case Information

**Court Closures Today** October 30, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > **ROMERO, IGNACIO DARWIN (221-356-386)**

# Automated Case Information

**Name: ROMERO, IGNACIO DARWIN | A-Number: 221-356-386 | Docket Date: 1/24/2025**

## Next Hearing Information

*There are no future hearings for this case.*

## Court Decision and Motion Information

The immigration judge **GRANTED** voluntary departure.

**DECISION DATE**

October 29, 2026

**COURT ADDRESS**

625 EVANS STREET

ELIZABETH, NJ 07201

## BIA Case Information

An appeal is due by November 30, 2026.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

625 EVANS STREET ROOM 148A

ELIZABETH, NJ 07201

**PHONE NUMBER**

(908) 787-1355

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

EOIR | Automated Case Information